AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**Damani J. Williams**
DOB:
PDID:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **MAY 23, 2005** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm, and did receive a firearm, which had been shipped and transported in interstate and foreign commerce, that is, a loaded Ruger .9MM semi-automatic pistol and a rifle.

in violation of Title **21 & 18** United States Code, Section(s) **841(a)(1) ; and 922(g)(1)**.

I further state that I am **Inv. DERRICK HYMAN**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
**Inv. DERRICK HYMAN**
**FOURTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____    at    **Washington, D.C.**
Date                                              City and State

_____          _____
Name & Title of Judicial Officer             Signature of Judicial Officer