## STATEMENT OF FACTS

On Monday, May 23, 2005, at about 1945 hours, MPD officers executed a D.C. Superior Court search warrant at 26 Van Buren Street, N. W., Washington, D.C. The defendant, Damani Williams, resides in the basement bedroom at this address. Recovered from the defendant's basement bedroom was a blue plastic trunk that contained a clear sandwich bag which contained a white powder substance weighing approximately three ounces that field tested positive for cocaine. Also recovered were two smaller zips containing a tan color powder substance that field tested positive for opiates. Inside the trunk was a Ruger 9mm semi-auto loaded pistol, eight rounds of .380 ammunition, fifteen rounds of Lunger 9mm ammunition, two digital scales, a ballistic body armor vest, three bottles of manitol cutting agent, a kitchen strainer and mixing bowl, and numerous empty ziplock bags. In addition a loaded Ruger Carbine .40 caliber rifle was recovered from the same bedroom. In addition, mail matter addressed to the defendant was located on top of the basement bedroom dresser. The quantity of cocaine and other drug paraphernalia described above based on my training and experience is consistent with an intent to distribute.

A criminal records check shows that the defendant previously has been convicted in the Superior Court of the District of Columbia of a crime punishable by imprisonment for a term exceeding one year, Before filing this complaint, the undersigned officer viewed a copy of a document showing this conviction and initialled it so that he could refer to it again if needed. To the best of this officer's knowledge, the firearms and ammunition described above were not manufactured in the District of Columbia.

                                                Inv. Derrick Hyman
                                                Fourth District, MPD

Sworn and subscribed before me on this _____ day of May, 2005.

                                                U.S. Magistrate Judge