# United States District Court

**FILED**
MAY 3 1 2005

FOR THE _____ DISTRICT OF _____ COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

*Damani J. Williams*
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 05-311M-01

Upon motion of the _____ UNITED STATES GOVERNMENT _____, it is ORDERED that a detention hearing is set for __6-2-05__ * at __1:45 PM__
        Date                              Time

before _____ MAGISTRATE JUDGE ~~ALAN KAY~~ *John M. Facciola* _____
                    Name of Judicial Officer

United States District Court for the District of Columbia
        Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____) and produced for the hearing.
        Other Custodial Official

Date: __5-31-05__                        _____
                                            Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.