UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

DAMANI J. WILLIAMS,

Defendant.

CR NO. 05-311M (JMF)

FILED
JUN 1 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

I have recently issued an order detaining the defendant pending his trial. I am concerned that his counsel has reported that, despite notations of the need for medical attention, the defendant has not been seen by a physician or given needed medications. **IT IS THEREFORE ORDERED** that the D.C. Jail shall cause the defendant to be examined forthwith by a physician and, if necessary, transported to a medical facility. **IT IS FURTHER ORDERED** that the D.C. Jail shall cause to be dispensed to the defendant all needed medications and that, if feasible, the defendant be housed in the Central Treatment Facility if he is not hospitalized.

**SO ORDERED**

_/s/ John M. Facciola_
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

June 9, 2005

