**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CRIMINAL DIVISION

No. SP1503-05

**COMPLAINT – DISTRICT COURT**

District of Columbia, ss    [MAY 30 P 12:19]    05-311m-01

Defendant's Name: DAMANI    WILLIAMS    439-599    066-626
(First)    (MI)    (Last)    (PDID)    (CCNO)

FILED
MAY 30 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Address: _____

On or about 5/23/05, within the District of Columbia, DAMANI WILLIAMS, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(Unlawful Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

_____
Affiant's Name

Subscribed and sworn to before me this 30 day of MAY 2005

_____
(Judge)    (Deputy Clerk)

| Sex: M | DOB: 12/18/1972 | CCN: 066-626 | PDID: 439-599 |
|---|---|---|---|
| Papering Officer: | HYMAN, D. | | Badge No.: 877 |

OFFICER MUST EXECUTE RETURN

| Officer's Name: | Date / Time: |
|---|---|
| AUSA | Fel. I  AFTC  [ ]  [ ] [ ] |